

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00416-CV

**VILT AND ASSOCIATES, P.C.** and Mediation Centers of America, L.L.C.,
Appellants

v.

Ho Kon **PARKER** and Richard T. Parker,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-19561
Honorable Rosie Alvarado, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we deny the Parkers' motion to dismiss. Furthermore, in accordance with this court's opinion of this date, we reverse the trial court's judgment; and we remand the cause for a new trial. Costs of the appeal are taxed against Appellees Ho Kon Parker and Richard T. Parker.

SIGNED August 26, 2020.

_____
Rebeca C. Martinez, Justice